IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO.: 5:20-cv-00432-D

| | |
|---|---|
| COLORADO BANKERS LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> SUMMERVILLE ASSET MANAGEMENT, LLC; ITECH FUNDING, LLC; and SAM HOLDINGS I, LLC, <br><br> Defendant. | **ORDER GRANTING CONSENT MOTION TO STAY DISPOSITIVE MOTIONS DEADLINE** |

The Court has considered the Plaintiff's Consent Motion to Stay the Dispositive Motions Deadline, and for good cause shown,

IT IS HEREBY ORDERED THAT the Consent Motion to Stay the Dispositive Motions Deadline is GRANTED. The deadline for the parties to file potentially dispositive motions is hereby stayed until after such time as the Court rules on Plaintiff's anticipated motion for leave to amend the Complaint ("Motion to Amend"), with that deadline to be set after the Court's ruling on that Motion to Amend. Additionally, the Court approves the parties' proposed briefing schedule for the Motion to Amend, so that Plaintiff shall file its Motion to Amend by December 15, 2022, Defendants shall file any response in opposition by February 15, 2023, and Plaintiff files any reply to matters initially raised in the response by March 8, 2023.

SO ORDERED. This 19 day of October, 2022.

*/s/ J. Dever*
JAMES C. DEVER III
United States District Judge